UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

# M E M O R A N D U M

TO:       Counsel of Record

FROM:    Judge Roger W. Titus

RE:       *Alicia Miller et al. v. PNC Bank, NA, et al.*  
            Civil Case No. RWT-10-3211

DATE:    February 19, 2014

\* \* \* \* \* \* \* \* \*

The Clerk of this Court entered an Order of Default against Defendant Laurie J. Evans on January 6, 2014. ECF No. 63. Should the Plaintiffs in this case seek to file a motion for a default judgment against Defendant Laurie J. Evans, they are directed to do so no later than March 3, 2014, with detailed supporting affidavits that support an award of damages.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                  /s/  
                                           Roger W. Titus  
                                           United States District Judge